FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 APR -2 PM 5:08

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR506-005 |
| ) | |
| NATHAN GLOVER, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is Defendant Glover's "Motion to Vacate June 26, 2008 Order of the Court in Regard to the Above Styled Cause and Renewed Motion to Modify Imposed Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2)." (Doc. 208.) In this Motion, Defendant argues that the Court incorrectly denied his earlier request for a reduced sentence based on the 2007 amendments to the sentencing guidelines for crack cocaine offenses. (Doc. 205.) Therefore, the Court construes Defendant's Motion as a motion for reconsideration. After careful consideration, the Court finds no reason to disturb its prior Order. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED this 2ND day of April, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA